# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BATES, et al.<br>　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　Defendants. | Case No. 4:09-cv-04150-CW |
| TODD BOGGIS, et al.<br>　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　Defendants. | Case No. 4:09-cv-04159-CW |
| ANTONIO BURTON, et al.<br>　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　Defendants. | Case No. 4:09-cv-04162-CW |
| CAROLYN HARRISON, et al.<br>　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　Defendants. | Case No. 4:09-cv-04151-CW |
| GLORIA MILLER, et al.<br>　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　Defendants. | Case No. 4:09-cv-04163-CW |
| BONG NGYUEN, et al.<br>　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　Defendants. | Case No. 4:09-cv-04166-CW |

1

[PROPOSED] ORDER GRANTING MOTION TO FILE DECLARATIONS UNDER SEAL

# [PROPOSED] ORDER GRANTING
## UNOPPOSED MOTION FOR LEAVE FOR COUNSEL TO PARTICIPATE TELEPHONICALLY IN CASE MANAGEMENT CONFERENCE

Pursuant to Plaintiffs' Unopposed Motion for Leave for Counsel to Participate Telephonically in Case Management Conference, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

Attorney Charles G. Orr of the Mulligan Law Firm is hereby GRANTED leave to participate telephonically in the Case Management Conference scheduled for the above-styled cases on December 12, 2012, at 2:00 p.m. PST. Mr. Gruenwald must appear by telephone as well, and Mr. Orr must apply to appear pro hac vice if he wishes to participate further in these cases after this hearing.

IT IS SO ORDERED.

DATED: 12/11/2012

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE